**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NORA HUTTO,** *Plaintiff,* | § | |
| **vs.** | § | **CIVIL ACTION NO. 4:25-cv-03845** |
| **THE UNIVERSITY OF SAINT THOMAS,** *Defendant.* | § | |

# MOTION TO WITHDRAW AS COUNSEL OF RECORD

Oliver Thoma hereby moves to withdraw as counsel for Plaintiff Nora Hutto, Ed.D. in the above captioned case because he no longer practices at West, Webb, Allbritton & Gentry, P.C. Plaintiff Nora Hutto, Ed.D. will continue to be represented by Attorney in Charge Gaines West and Melissa Spinn at West, Webb, Allbritton & Gentry, P.C. who have already appeared in this case. Accordingly, the requested withdrawal will not result in prejudice or delay.

Respectfully submitted,

**WEST, WEBB, ALLBRITTON & GENTRY, P.C.**
1515 Emerald Plaza
College Station, Texas 77845
Telephone ~ (979) 694-7000
Facsimile ~ (979) 694-8000

By: ***/s Gaines West***
GAINES WEST

State Bar No. 21197500
SDTX 5327
Email: gaines.west@westwebblaw.com
*Attorney In-Charge*
Melissa Spinn
State Bar No. 24110395
SDTX 3552980
Email: melissa.koelsch@westwebblaw.com

**ATTORNEYS FOR PLAINTIFF**
**NORA HUTTO, ED.D.**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Southern District of Texas, Houston Division, on September 16, 2026, and therefore have served upon the Court and all counsel of record in accordance with such e-filing protocols.

***/s Gaines West***
GAINES WEST